# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| LA PROPERTY INVESTMENTS LLC, | ) | CASE NO. 20-66891-bem |
| | ) | |
| DEBTOR. | ) | |
| | ) | |
| NANCY J. GARGULA, | ) | |
| UNITED STATES TRUSTEE, | ) | |
| | ) | |
| MOVANT. | ) | |
| | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| LA PROPERTY INVESTMENTS LLC, | ) | |
| | ) | |
| RESPONDENT. | ) | |

**NOTICE OF HEARING ON UNITED STATES TRUSTEE'S MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that the United States Trustee has filed a motion requesting that the above-referenced case be dismissed.

**GIVEN THE CURRENT PUBLIC HEALTH CRISIS, HEARINGS MAY BE TELEPHONIC ONLY. PLEASE CHECK THE "IMPORTANT INFORMATION REGARDING COURT OPERATIONS DURING COVID-19 OUTBREAK" TAB AT THE TOP OF THE GANB WEBSITE PRIOR TO THE HEARING FOR INSTRUCTIONS ON WHETHER TO APPEAR IN PERSON OR BY PHONE.**

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the United States Trustee's motion in **Courtroom 1402,** United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia **11:00 a.m. on July 7, 2020.**

Your rights may be affected by the court's ruling on this motion. You should read this motion carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in this motion or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the motion with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: June 11, 2020

NANCY J. GARGULA
UNITED STATES TRUSTEE
REGION 21

/s/
Vanessa A. Leo
Georgia Bar No. 410598
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404-331-4437
Vanessa.A.Leo@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| LA PROPERTY INVESTMENTS LLC, | ) | CASE NO. 20-66891-bem |
| | ) | |
| DEBTOR. | ) | |
| | ) | |
| NANCY J. GARGULA, | ) | |
| UNITED STATES TRUSTEE, | ) | |
| | ) | |
| MOVANT. | ) | |
| | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| LA PROPERTY INVESTMENTS LLC, | ) | |
| | ) | |
| RESPONDENT. | ) | |

**UNITED STATES TRUSTEE'S MOTION TO DISMISS**

COMES NOW Nancy J. Gargula, United States Trustee for Region 21, in furtherance of her administrative responsibilities imposed pursuant to 28 U.S.C. § 586(a) and 11 U.S.C. § 1112(b), files this Motion to Dismiss and in support therefor states as follows:

1.

The Court has jurisdiction of this matter under 28 U.S.C. §1334(a) and (b), 28 U.S.C. §157(a) and (b)(1). This is a core proceeding under 28 U.S.C. §157(b)(2)(A) and (B).

2.

This case was commenced June 2, 2020, by filing on Debtor's behalf a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

3.

The Petition was signed by Lemarcus Allison, as Owner of the Debtor.

4.

As of the date of filing this motion, no trustee has been appointed on the case.

5.

Debtor failed to file a mailing matrix with the Court listing the creditors in the present case.

6.

It appears on the face of the petition that Debtor is an artificial entity and that is not represented by an attorney.

7.

Because Debtor is an artificial entity, it cannot represent itself in this proceeding, nor may its officers appear before this court on its behalf unless they are licensed attorneys. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985); *National Indep. Theatre Exhibitors, Inc. v. Buena Vista Distrib. Co.*, 748 F.2d 602, 609 (11th Cir. 1984).

**WHEREFORE**, the United States Trustee prays for (i) the entry of an order dismissing this case in its entirety; and (ii) such further relief as the court deems appropriate.

Dated: June 5, 2020

> NANCY J. GARGULA
> UNITED STATES TRUSTEE
> REGION 21
> _____/s/_____
> Vanessa A. Leo
> Georgia Bar No. 410598
> United States Department of Justice
> Office of the United States Trustee
> 362 Richard B. Russell Building
> 75 Ted Turner Drive, SW
> Atlanta, GA 30303
> 404-331-4437

# CERTIFICATE OF SERVICE

      This is to certify that I have on this day electronically filed the foregoing *Motion to Dismiss Case and Notice of Hearing* using the Bankruptcy Court's Electronic Case Filing program. I further caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties at the address shown for each:

| | |
|---|---|
| LA Property Investments LLC<br>3034 Dogwood Drive<br>Atlanta, GA 30354 | U.S. Securities & Exchange Commission<br>Office of Reorganization<br>Suite 900<br>950 East Paces Ferry Road, NE<br>Atlanta, GA 30326-1382 |
| Calcon Mutual Mortgage LLC<br>3131 Camino Del Rio North<br>Suite 1680<br>San Diego, CA 92108-5755 | |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | |
| One Trust Home Loans<br>Calcon Mutual Mortgage LLC<br>3131 Camino Del Rio North<br>Suite 1680<br>San Diego, CA 92108-5755 | |

Date: June 11, 2020

      NANCY J. GARGULA
      UNITED STATES TRUSTEE
      REGION 21

      */s/*
      Vanessa A. Leo
      Georgia Bar No. 410598
      United States Department of Justice
      Office of the United States Trustee
      362 Richard B. Russell Building
      75 Ted Turner Drive, SW
      Atlanta, GA 30303
      404-331-4437
      Vanessa.A.Leo@usdoj.gov