

**IT IS ORDERED as set forth below:**

**Date: June 17, 2020**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| LA PROPERTY INVESTMENTS LLC, | CASE NO. 20-66891-BEM |
| Debtor. | CHAPTER 11 |

### ORDER EXTENDING TIME TO FILE REQUIRED DOCUMENTS

This matter is before the Court on Debtor's *Motion for Extension of Time to Consult and Retain Services of an Attorney*, filed June 16, 2020 [Doc. 8]. In the Motion, Debtor requests an extension of time to retain counsel. A corporate entity, such as Debtor, must be represented by counsel in federal court. *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). A debtor may retain counsel at any time, although the Court notes that the United States Trustee has a pending motion to dismiss based on Debtor's lack of counsel, which is scheduled for hearing on July 7, 2020. [Doc. 7].

The deadline for Debtor to file certain required documents, including Statement of Financial Affairs, Schedules A/B thru H, Summary of Assets and Liabilities, Declaration Under Penalty of Perjury, Corporate Resolution, 20 Largest Unsecured Creditors, and List of Equity

Security Holders was June 16, 2020. [Doc. 3]. Because it appears Debtor intends to seek the advice of counsel, the Court will extend the deadline for filing these documents through and including **July 2, 2020**.

**END OF ORDER**

## **Distribution List**

Lemarcus Allison
LA Property Investments LLC
3034 Dogwood Drive
Atlanta, GA 30354

LA Property Investments LLC
Angelica Schaper, registered agent
3681 N. Decatur Rd, #R24
Decatur, GA 30032

Vanessa A. Leo
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive SW
Atlanta, GA 30303