

**IT IS ORDERED as set forth below:**

**Date: June 17, 2020**

_____
**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

IN RE:

LA PROPERTY INVESTMENTS LLC,

Debtor.

CASE NO. 20-66891-BEM

CHAPTER 11

### ORDER EXTENDING TIME TO FILE REQUIRED DOCUMENTS

This matter is before the Court on Debtor's *Motion for Extension of Time to Consult and Retain Services of an Attorney*, filed June 16, 2020 [Doc. 8]. In the Motion, Debtor requests an extension of time to retain counsel. A corporate entity, such as Debtor, must be represented by counsel in federal court. *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). A debtor may retain counsel at any time, although the Court notes that the United States Trustee has a pending motion to dismiss based on Debtor's lack of counsel, which is scheduled for hearing on July 7, 2020. [Doc. 7].

The deadline for Debtor to file certain required documents, including Statement of Financial Affairs, Schedules A/B thru H, Summary of Assets and Liabilities, Declaration Under Penalty of Perjury, Corporate Resolution, 20 Largest Unsecured Creditors, and List of Equity

Security Holders was June 16, 2020. [Doc. 3]. Because it appears Debtor intends to seek the advice of counsel, the Court will extend the deadline for filing these documents through and including **July 2, 2020**.

**END OF ORDER**

## Distribution List

Lemarcus Allison
LA Property Investments LLC
3034 Dogwood Drive
Atlanta, GA 30354

LA Property Investments LLC
Angelica Schaper, registered agent
3681 N. Decatur Rd, #R24
Decatur, GA 30032

Vanessa A. Leo
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive SW
Atlanta, GA 30303

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                  Case No. 20-66891-bem
LA Property Investments LLC                                             Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9          User: slaterc          Page 1 of 1          Date Rcvd: Jun 25, 2020
                       Form ID: pdf406       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2020.
db             +LA Property Investments LLC,    3034 Dogwood Drive,    Atlanta, GA 30354-1119
               +LA Property Investments LLC,    Angelica Schaper, registered agent,    3681 N. Decatur Rd, #R24,
                 Decatur, GA 30032-1063
               +Lemarcus Allison,    LA Property Investments LLC,    3034 Dogwood Drive,    Atlanta, GA 30354-1119

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2020 at the address(es) listed below:
      Lisa F. Caplan    on behalf of Creditor    CalCon Mutual Mortgage LLC lcaplan@rubinlublin.com,
       akhosla@rubinlublin.com;nbrown@rubinlublin.com;mhashim@rubinlublin.com;ruluecf@gmail.com;BKRL@ecf
       .courtdrive.com
      Vanessa A. Leo    on behalf of U.S. Trustee    United States Trustee ustpregion21.at.ecf@usdoj.gov,
       Vanessa.A.Leo@usdoj.gov
                                                                                                TOTAL: 2