### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | | |
|---|---|---|---|
| IN RE: | * | | |
| **LA PROPERTY INVESTMENTS, LLC** | * | CASE NUMBER: | **20-66891-BEM** |
| | * | | |
| Debtor. | * | | |
| | * | | |
| | * | CHAPTER: | **11** |
| | * | | |

**NOTICE OF APPEARANCE**

**COMES NOW** LA PROPERTY INVESTMENTS, LLC, Debtor in the above-styled matter and gives notice of Appearance of Sims W. Gordon, Jr., and The Gordon Law Firm, PC, as counsel for Debtor. Mr. Gordon's address and phone number are:

> Sims W. Gordon, Jr.
> The Gordon Law Firm, PC
> 400 Galleria Parkway, SE
> Suite 1500
> Atlanta, GA  30339

This the 7th  day of July, 2020.

          Respectfully submitted,

          **THE GORDON LAW FIRM, PC**

          /s/ Sims W. Gordon, Jr.
          By:  Sims W. Gordon, Jr.
          Georgia State Bar No.:  302483
          Attorney for Debtor

**THE GORDON LAW FIRM, PC**
**400 Galleria Parkway, SE**
**Suite 1500**
**Atlanta, GA  30339**
**(770) 955-5000**
**law@gordonlawpc.com**

## CERTIFICATE OF SERVICE

I, Sims W. Gordon, Jr. of The Gordon Law Firm, PC, 400 Galleria Parkway, Suite 1500, Atlanta, GA 30339, certify:

That I am and was at all times hereinafter mentioned more than 18 years of age;

That on the 7th day of July, 2020, I served a copy of the within NOTICE OF APPEARANCE, filed in this matter, on:

[SEE ATTACHED MAILING LIST]

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 07/07/2020                                By: /s/ Sims W. Gordon, Jr.

```
Label Matrix for local noticing          Calcon Mutual Mortgage LLC              Lisa F. Caplan
113E-1                                    3131 Camino Del Rio North               Rubin Lublin, LLC
Case 20-66891-bem                         Suite 1680                              Suite 100
Northern District of Georgia              San Diego, CA 92108-5755                3145 Avalon Ridge Place
Atlanta                                                                           Peachtree Corners, GA 30071-1570
Tue Jul  7 10:36:04 EDT 2020

Internal Revenue Service                  LA Property Investments LLC             Vanessa A. Leo
P. O. Box 7346                            3034 Dogwood Drive                      Office of the United States Trustee
Philadelphia, PA 19101-7346               Atlanta, GA 30354-1119                  362 Richard B. Russell Building
                                                                                  75 Ted Turner Drive SW
                                                                                  Atlanta, GA 30303-3315


One Trust Home Loans                      Secretary of the Treasury               U. S. Securities and Exchange Commission
dba Calcon Mutual Mortgage LLC            15th & Pennsylvania Avenue, NW          Office of Reorganization
3131 Camino Del Rio North                 Washington, DC 20200                    Suite 900
Suite 1680                                                                        950 East Paces Ferry Road, NE
San Diego, CA 92108-5755                                                          Atlanta, GA 30326-1382


United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)CalCon Mutual Mortgage LLC             End of Label Matrix
                                          Mailable recipients    9
                                          Bypassed recipients    1
                                          Total                 10
```