**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Atlanta Division
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
www.ganb.uscourts.gov

In
Re:    **LA Property Investments LLC**

Case No.: **20−66891−bem**
Chapter: **11**
Judge: **Barbara Ellis−Monro**

## *ORDER SETTING DEADLINE TO CORRECT FILING DEFICIENCY PURSUANT TO GENERAL ORDER 34−2020*

Pursuant to General Order 34−2020, which provides filing options for pro se parties, the pro se party submitted documents on 6/16/20. General Order 34−2020 requires the pro se filer to mail all original signed documents submitted by email, fax, or fillable form to the Court withing fourteen (14) days of submission.

**To be Filed by 07/21/20**
Original Motion to Extend Time to Consult and Retain Services of an Attorney filed by Lemarcus Allison/LA Property Investments LLC

**If, by the date set forth above, the pro se party fails to file the required papers or correct the deficiency, the Court may strike the pleading or dismiss this case without further notice or hearing.**

**The Clerk will serve this order on the pro se filer if not the debtor, debtor's counsel, and the Trustee.**

SO ORDERED, on July 7, 2020.

Form 435BK April 2020

Barbara Ellis−Monro
United States Bankruptcy Judge