

**IT IS ORDERED as set forth below:**

**Date: July 7, 2020**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:

LA PROPERTY INVESTMENTS LLC,          CASE NO. 20-66891-BEM

     Debtor.                                    CHAPTER 11

NANCY J. GARGULA, UNITED STATES
TRUSTEE,

     Movant,

v.                                                        Contested Matter
LA PROPERTY INVESTMENTS LLC,

     Respondent.

### ORDER AND NOTICE OF RESCHEDULED HEARING

IT IS ORDERED and NOTICE IS HEREBY GIVEN that a hearing on The United

States Trustee's *Motion to Dismiss* [Doc. 7] is rescheduled to **August 18, 2020, at 11:00 AM**,

COURTROOM 1402, UNITED STATES COURTHOUSE, RICHARD B. RUSSELL FEDERAL

BUILDING, 75 TED TURNER DRIVE (f/k/a SPRING STREET), SW, ATLANTA, GEORGIA.

Given the current public health crisis, hearings may be telephonic only.  Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.

**END OF ORDER**

**<u>Distribution List</u>**

LA Property Investments LLC
3034 Dogwood Drive
Atlanta, GA 30354

Sims W. Gordon, Jr.
The Gordon Law Firm PC
Suite 1500
400 Galleria Parkway, SE
Atlanta, GA 30339

Vanessa A. Leo
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive SW
Atlanta, GA 30303

ALL CREDITORS AND PARTIES