

**IT IS ORDERED as set forth below:**

**Date: August 19, 2020**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | |
| LA Property Investments LLC, | CASE NO. 20-66891-BEM |
| Debtor. | CHAPTER 11 |
| CalCon Mutual Mortgage, LLC, | |
| Movant, | |
| v. | Contested Matter |
| LA Property Investments LLC, | |
| Respondent. | |

**O R D E R**

This matter comes before the Court on Movant's *Motion for Relief from Automatic Stay Retroactively to June 2, 2020 or in the Alternative Motion to Dismiss Case Ab Initio* (the "Motion") [Doc. 12]. A hearing was held on the Motion on August 18, 2020. Debtor appeared at the hearing through its counsel, Sims Gordon. Movant appeared at the hearing

through its counsel, Anjali Khosla and Bret Chaness. Movant's exhibits A through M were admitted into evidence. Testimony was heard from Debtor's principal, Lemarcus Allison. An oral ruling was announced at the end of the hearing. For the reasons announced on the record at the hearing and in accordance with the oral ruling there issued, it is hereby

ORDERED that the Motion [Doc. 12] is GRANTED as follows:

The automatic stay is ANNULLED retroactively to June 2, 2020 and MODIFIED so as to permit the Movant to exercise its rights and conclude the foreclose sale under the terms of its Note and Security Deed; it is further

ORDERED that this Order is effective retroactively to June 2, 2020, and remains effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; it is further

ORDERED that the 14-day stay described by Bankruptcy Rule 4001(a)(3) is WAIVED.

**END OF ORDER**

2

**Distribution List**

Sims W. Gordon, Jr.
The Gordon Law Firm PC
Suite 1500
400 Galleria Parkway, SE
Atlanta, GA 30339

Vanessa A. Leo
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive SW
Atlanta, GA 30303

LA Property Investments LLC
3034 Dogwood Drive
Atlanta, GA 30354

Lisa F. Caplan
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071

Anjali Khosla
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071

Bret Chaness
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071