

**IT IS ORDERED as set forth below:**

**Date: August 19, 2020**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | |
| LA Property Investments LLC, | CASE NO. 20-66891-BEM |
| Debtor. | CHAPTER 11 |
| Nancy J. Gargula, United States Trustee, | |
| Movant, | |
| v. | Contested Matter |
| LA Property Investments LLC, | |
| Respondent. | |

**O R D E R**

This matter comes before the Court on Movant's *Motion to Dismiss* (the "Motion") [Doc. 12]. A hearing was held on the Motion on August 18, 2020. Debtor failed to appear at the call of the calendar at 11:00 AM, but the matter was revisited at 3:00 PM. Debtor appeared at the hearing through its counsel, Sims Gordon. Movant appeared at the hearing

through her counsel, Vanessa Leo. Testimony was heard from Debtor's principal, Lemarcus Allison. For the reasons announced on the record at the hearing, it is hereby

ORDERED that the Motion [Doc. 7] is DENIED WITHOUT PREJUDICE; it is further

ORDERED that Debtor SHALL PROVIDE the following documents to Movant no later than September 1, 2020, and where appropriate, file them on the docket in the above-captioned bankruptcy case, or the case may be DISMISSED without further notice or hearing:

(1) Monthly Operating Report for June 2020;
(2) Schedules A/B through H;
(3) the Statement of Financial Affairs;
(4) the Summary of Assets and Liabilities;
(5) the Declaration Under Penalty of Perjury;
(6) the Corporate Resolution;
(7) the lists of 20 Largest Unsecured Creditors and Equity Security Holders; and
(8) all documents concerning transfers of property into the Debtor; it is further

ORDERED that Debtor SHALL file the Monthly Operating Reports for July and August 2020 on or before September 20, 2020 and thereafter as they become due.

**END OF ORDER**

## **Distribution List**

Sims W. Gordon, Jr.
The Gordon Law Firm PC
Suite 1500
400 Galleria Parkway, SE
Atlanta, GA 30339

Vanessa A. Leo
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive SW
Atlanta, GA 30303

LA Property Investments LLC
3034 Dogwood Drive
Atlanta, GA 30354