# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | | |
|---|---|---|---|
| IN RE: | * | | |
| **LA PROPERTY INVESTMENTS, LLC** | * | CASE NUMBER: | **20-66891-BEM** |
| Debtor. | * | | |
| | * | CHAPTER: | **11** |

## WITHDRAWAL OF APPLICATION TO EMPLOY

**COMES NOW** LA PROPERTY INVESTMENTS, LLC, Debtor in the above-styled matter and withdraws the Application to Employ Sims W. Gordon, Jr., and The Gordon Law Firm, PC, as counsel for Debtor [Doc.27].

This the 22nd day of September, 2020.

Respectfully submitted,

**THE GORDON LAW FIRM, PC**

/s/ Sims W. Gordon, Jr.
By: Sims W. Gordon, Jr.
Georgia State Bar No.: 302483
Attorney for Debtor

**THE GORDON LAW FIRM, PC**
**400 Galleria Parkway, SE**
**Suite 1500**
**Atlanta, GA  30339**
**(770) 955-5000**
**law@gordonlawpc.com**

## CERTIFICATE OF SERVICE

I, Sims W. Gordon, Jr. of The Gordon Law Firm, PC, 400 Galleria Parkway, Suite 1500, Atlanta, GA 30339, certify:

That I am and was at all times hereinafter mentioned more than 18 years of age;

That on the 7th day of July, 2020, I served a copy of the within NOTICE OF APPEARANCE, filed in this matter, on:

[SEE ATTACHED MAILING LIST]

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:  09/22/2020                               By:  /s/ Sims W. Gordon, Jr.

```
Label Matrix for local noticing         Calcon Mutual Mortgage LLC              Lisa F. Caplan
113E-1                                  3131 Camino Del Rio North               Rubin Lublin, LLC
Case 20-66891-bem                       Suite 1680                              Suite 100
Northern District of Georgia            San Diego, CA 92108-5755                3145 Avalon Ridge Place
Atlanta                                                                         Peachtree Corners, GA 30071-1570
Tue Sep 22 11:48:47 EDT 2020

Sims W. Gordon Jr.                      Internal Revenue Service                LA Property Investments LLC
The Gordon Law Firm PC                  P. O. Box 7346                          3034 Dogwood Drive
Suite 1500                              Philadelphia, PA 19101-7346             Atlanta, GA 30354-1119
400 Galleria Parkway, SE
Atlanta, GA 30339-5953


Vanessa A. Leo                          One Trust Home Loans                    Secretary of the Treasury
Office of the United States Trustee     dba Calcon Mutual Mortgage LLC          15th & Pennsylvania Avenue, NW
362 Richard B. Russell Building         3131 Camino Del Rio North               Washington, DC 20200
75 Ted Turner Drive SW                  Suite 1680
Atlanta, GA 30303-3315                  San Diego, CA 92108-5755


U. S. Securities and Exchange Commission   United States Trustee
Office of Reorganization                   362 Richard Russell Federal Building
Suite 900                                  75 Ted Turner Drive, SW
950 East Paces Ferry Road, NE              Atlanta, GA 30303-3315
Atlanta, GA 30326-1382
```

                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(u)CalCon Mutual Mortgage LLC           End of Label Matrix
                                        Mailable recipients    10
                                        Bypassed recipients     1
                                        Total                  11
```

Case 20-66891-bem    Doc 33    Filed 09/22/20    Entered 09/22/20 11:54:30    Desc Main
Document    Page 3 of 3